THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS H. LYNCH, Appellant, *v.* JAMES J. MARTIN et al., Composing the Board of Police of the City of New York, Respondents.

*People ex rel. Lynch* v. *Martin*, 89 Hun, 612, affirmed.
(Argued March 2, 1898; decided March 22, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the first judicial department, entered October 24, 1895, affirming on certiorari a determination of the board of police of the city of New York dismissing relator from the police force; also a motion to dismiss the appeal on the ground that simply a moot question is presented for determination.

*Howard P. Okie* for appellant.

*Theodore Connoly* and *Terence Farley* for respondents.

Order affirmed, with costs, and motion to dismiss appeal denied, without costs; no opinion.

All concur, except PARKER, Ch. J., not sitting, and O'BRIEN and BARTLETT, JJ., dissenting.